UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BISSANTI and NIA BISSANTI, *Plaintiffs*, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, *Defendant*. | Civil Action No. 14-12287 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OCWEN LOAN SERVICING, LLC

Pursuant to Local Rule 7.3 of the United States District Court for the District of

Massachusetts, Defendant, Ocwen Loan Servicing, LLC, files its corporate disclosure statement,

stating as follows:

Ocwen Loan Servicing, LLC is a limited liability company organized under the laws of Delaware, with a principal place of business in Florida. Its sole member is Ocwen Financial Corporation, a Florida corporation that is publicly traded.

A supplemental disclosure statement will be filed upon any change in the information

provided herein.

Respectfully submitted,
DEFENDANT, OCWEN LOAN SERVICING,
LLC,
By its attorney,


/s/ Jessica S. Babine
Jessica S. Babine, Esq. (BBO #676037)
Houser & Allison, APC
45 School Street, 2nd Floor
Boston, MA 02108
Phone: (617) 371-0922
Fax: (617) 371-0923
jbabine@houser-law.com

Dated: May 27, 2014

## **CERTIFICATE OF SERVICE**

     I, Jessica S. Babine, hereby certify that this document, Corporate Disclosure Statement, filed through the ECF system on May 27, 2014, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants.

                               /s/ Jessica S. Babine
                               Jessica S. Babine, Esq.