UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BISSANTI and NIA BISSANTI,
       *Plaintiffs*,

v.

OCWEN LOAN SERVICING, LLC,
       *Defendant*.

Civil Action No. 14-12287

## ANSWER

### PARTIES

1. The Defendant is without sufficient knowledge or information to admit or deny the averments of Paragraph 1.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

2. The Defendant is without sufficient knowledge or information to admit or deny the averments of Paragraph 2.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

3. The Defendant admits that it is a limited liability company with a place of business at 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409.  The Defendant denies any inconsistent statements.

### FACTS

1. The Defendant admits that it is the servicer for a property commonly known as 93 Whitwell Street, Quincy, MA 02169.  The Defendant further states that Joseph Bissanti and Nia Bissanti are the record mortgagor of the same property.  Any inconsistent statements are denied.

2.   The Defendant is without sufficient knowledge or information to admit or deny the averments of Paragraph 2.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

3.   The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 3.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

4.   The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 4.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

5.   The Defendant is without sufficient knowledge or information to admit or deny the averments of Paragraph 5.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

6.   The Defendant answers that the referenced documents, being written documents, speaks for themselves.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 6.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

7.   The Defendant answers that the referenced documents, being written documents, speaks for themselves.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 7.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

8.  The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 8.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

9.  The Defendant answers that the referenced documents, being written documents, speaks for themselves.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 9.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

10. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 10.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

11. The Defendant answers that the referenced document, being a written document, speaks for itself.  Any inconsistent statements are denied.

12. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 12.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

13. The Defendant answers that the referenced document, being a written document, speaks for itself.  Any inconsistent statements are denied.

14. The Defendant answers that the referenced document, being a written document, speaks for itself.  Any inconsistent statements are denied.

15. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 15.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

16. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 16.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

17. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 17.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

18. The Defendant answers that the referenced document, being a written document, speaks for itself.  Any inconsistent statements are denied.

19. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 19.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

20. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 20.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

21. The Defendant answers that the referenced document, being a written document, speaks for itself. Any inconsistent statements are denied.

22. The Defendant answers that the referenced documents, being written documents, speaks for themselves.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 22.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

23. The Defendant answers that the referenced document, being a written document, speaks for itself. Any inconsistent statements are denied.

24. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 24.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

25. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 25.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

26. The Defendant answers that the referenced documents, being written documents, speaks for themselves.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 26.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

27. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny

the remaining averments of Paragraph 27.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

28. The Defendant answers that the referenced documents, being written documents, speaks for themselves.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 28.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

29. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 29.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

30. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 30.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

31. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 31.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

32. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 32.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

33. The Defendant answers that the referenced document, being a written document, speaks
    for itself.  The Defendant is without sufficient knowledge or information to admit or deny
    the remaining averments of Paragraph 33.  Therefore the Defendant denies said
    averments and calls upon the Plaintiff to prove the same.

34. The Defendant answers that the referenced document, being a written document, speaks
    for itself.  The Defendant is without sufficient knowledge or information to admit or deny
    the remaining averments of Paragraph 34.  Therefore the Defendant denies said
    averments and calls upon the Plaintiff to prove the same.

35. The Defendant answers that the referenced document, being a written document, speaks
    for itself. Any inconsistent statements are denied.

36. The Defendant answers that the referenced document, being a written document, speaks
    for itself.  The Defendant is without sufficient knowledge or information to admit or deny
    the remaining averments of Paragraph 36.  Therefore the Defendant denies said
    averments and calls upon the Plaintiff to prove the same.

37. The Defendant answers that the referenced document, being a written document, speaks
    for itself.  The Defendant is without sufficient knowledge or information to admit or deny
    the remaining averments of Paragraph 37.  Therefore the Defendant denies said
    averments and calls upon the Plaintiff to prove the same.

38. The Defendant answers that the referenced document, being a written document, speaks
    for itself.  The Defendant is without sufficient knowledge or information to admit or deny
    the remaining averments of Paragraph 38.  Therefore the Defendant denies said
    averments and calls upon the Plaintiff to prove the same.

39. The Defendant answers that the referenced document, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 39.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

40. The Defendant answers that the referenced Shared Appreciation Modification, being a written document, speaks for itself.  The Defendant is without sufficient knowledge or information to admit or deny the remaining averments of Paragraph 40.  Therefore the Defendant denies said averments and calls upon the Plaintiff to prove the same.

41. The Defendant answers that the referenced document, being a written document, speaks for itself. Any inconsistent statements are denied.

42. The Defendant answers that the referenced document, being a written document, speaks for itself. Any inconsistent statements are denied.

43. The Defendant answers that the referenced document, being a written document, speaks for itself. Any inconsistent statements are denied.

44. The Defendant answers that the referenced document, being a written document, speaks for itself. Any inconsistent statements are denied.

## COUNT ONE - HAMP VIOLATION

45.  The Defendant incorporates by reference their answers to paragraphs one through three, and one through forty-four of the Plaintiffs' Complaint.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

<u>COUNT TWO - VIOLATION OF G.L. c. 93A, § 8</u>

55. The Defendant incorporates by reference their answers to paragraphs one through three, and one through fifty-four of the Plaintiffs' Complaint.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

<u>COUNT THREE - VIOLATIONS OF 940 CMR 8.00</u>

60. The Defendant incorporates by reference their answers to paragraphs one through three, and one through sixt-nine of the Plaintiffs' Complaint.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

<u>COUNT FOUR - BREACH OF THE IMPLIED DUTY OF GOOD FAITH</u>

65. The Defendant incorporates by reference their answers to paragraphs one through three, and one through sixty-four of the Plaintiffs' Complaint.

66. Denied.

COUNT FIVE - INTENTIONAL INFLIECTION OF EMOTIONAL DISTRESS

67. The Defendant incorporates by reference their answers to paragraphs one through three, and one through sixty-six of the Plaintiffs' Complaint.

68. Denied.

Defendant denies all of the averments in the WHEREFORE paragraph and calls upon the Plaintiffs to prove the same.

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the applicable statute of limitations.

SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of estoppel.

THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' complaint fails to state a claim upon which relief may be granted.

FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of laches.

FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of unclean hands.

SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs has failed to mitigate their damages.

SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of *res judicata*.

EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by insufficient process and insufficient service of process.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred due to improper venue.

## TWELFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred due to misnomer of the Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' ware contributorily negligent with regard to the incidents and damages alleged in the complaint, therefore the Plaintiffs' claims are barred or should be proportionally reduced.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs have failed to join a necessary party.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs have failed to satisfy the requirements of HAMP.

## SIXTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs have failed to satisfy the requirements of G.L. c. 93A.

## SEVENTEEN AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs have failed to satisfy the requirements of a violation under 940 CMR 8.00 et. seq.

EIGHTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs have failed to satisfy the requirements of breach of implied duty of good faith.

NINETEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred as the Plaintiffs have failed to satisfy the requirements of intentional inflection of emotional distress.

By way of affirmative defenses, the Defendant further states that, if there be any liability or damages associated with the Plaintiffs' claims of complaint, it is the responsibility of third parties whom the Plaintiffs have failed to name and for whom the Defendant have no responsibility.

The Defendant reserve the right to amend this filing to assert any and all applicable affirmative defenses that may be revealed throughout the litigation of this action.

Respectfully submitted,

DEFENDANT, OCWEN LOAN SERVICING, LLC,
By its attorney,

/s/ Jessica S. Babine
Jessica S. Babine, Esq. (BBO #676037)
Houser & Allison, APC
45 School Street, 2nd Floor
Boston, MA 02108
Phone: (617) 371-0922
Fax: (617) 371-0923
Dated: June 2, 2014                jbabine@houser-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the above document was filed through the Court's ECF system on June 2, 2014 and I further certify that a copy of the foregoing was served upon the attorney of record for each party by mail on                    .

<u>/s/ Jessica S. Babine</u>
Jessica S. Babine, Esq.
